1  MCCALLUM METHVIN TERRELL
   JAMES M. TERRELL (AL 0887-L73J)
2  jterrell@mmlaw.net
   The Highland Building
3  2201 Arlington Avenue South
   Birmingham, Alabama 35205
4  Telephone: 205-939-0199
   Facsimile: 205-939-0399
5  (Appearance *pro hac vice*)

6  Attorneys for Plaintiff TONY M. GRAHAM

7  THE LAWRENCE LAW FIRM
   JEFFREY W. LAWRENCE (SBN 166806)
8  jeffreyl@jlawrencelaw.com
   101 California Street, Suite 2710
9  San Francisco, CA 94104
   Telephone:  415-504-1601
10 Facsimile:  415-504-1605
   Attorney for Plaintiff TONY M. GRAHAM

11
   AKIN GUMP STRAUSS HAUER & FELD LLP
12 JOHN A. KARACZYNSKI (SBN 93108)
   jkaraczynski@akingump.com
13 HYONGSOON KIM (SBN 257019)
   kimh@akingump.com
14 2029 Century Park East, Suite 2400
   Los Angeles, CA 90067
15 Telephone:  310-229-1000
   Facsimile:  310-229-1001
16
   Attorneys for Defendants VCA ANTECH, INC.
17 (now known as VCA, INC.) and VCA ANIMAL
   HOSPITALS, INC.
18

19
   [ADDITIONAL COUNSEL LISTED AFTER SIGNATURE PAGE]
20

21              UNITED STATES DISTRICT COURT
22              NORTHERN DISTRICT OF CALIFORNIA
23

| 24 | TONY M. GRAHAM, on behalf of himself, and all others similarly | Case No. 3:14-cv-02158-MEJ |
|---|---|---|
| 25 | situated, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO** |
| 26 | Plaintiff, | **CONDUCT INITIAL PLANNING MEETING, FILE RULE 26(f)** |
| 27 | v. | **REPORT AND CONTINUING THE CASE MANAGEMENT** |
| 28 | VCA ANTECH, INC., and | Second Amended:  CORRECTS DATE CMC STATEMENT DUE |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING,
FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | VCA ANIMAL HOSPITALS, INC. | **CONFERENCE** |
| 2 | Defendants. | Judge:  Hon. Maria-Elena James |
| 3 | | Ctrm:   B (15th Floor) |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL  PLANNING MEETING,
FILE RULE 26(f) REPORT  AND CONTINUING THE CASE MANAGEMENT CONFERENCE

## STIPULATION

This Stipulation is entered into by plaintiff Tony M. Graham ("Plaintiff") and defendants VCA Antech, Inc. (now known as VCA, Inc.) and VCA Animal Hospitals, Inc. ("Defendants") (collectively, "the parties"), by and through their respective counsel of record and pursuant to Northern District of California Local Rule 6-1(a), with reference to the following:

1. WHEREAS, Plaintiff filed this action on May 12, 2014.

2. WHEREAS, Defendants intend to file a motion to transfer venue pursuant to 28 U.S.C. § 1404 ("venue motion").

3. WHEREAS, the parties have met and conferred concerning the subject matter of this Stipulation.

4. WHEREAS, on June 19, 2014, Defendants waived service of the summons and complaint pursuant to the parties' agreement to work together on a mutually agreeable briefing schedule for Defendants' forthcoming venue motion and an extension of the deadline for Defendants to file an answer or otherwise respond to Plaintiff's complaint.

5. WHEREAS, on July 10, 2014, the parties filed a Stipulation regarding the requested briefing schedule on Defendants' motion to transfer venue. Pursuant to the terms of the parties' Stipulation, the deadline for Defendants to file their venue motion shall be August 18, 2014; the deadline for Plaintiff to file his opposition to the venue motion shall be September 15, 2014; and the deadline for Defendants to file their reply in support of their venue motion shall be September 29, 2014.

6. WHEREAS, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, which set these dates:

July 24, 2014:  Last day for counsel to meet and confer re Rule 26 issues and ADR process selection and to file ADR documents;

August 7, 2014:  Last day to file Rule 26(f) Report and Case Management Statement and to complete initial disclosures; and

August 14, 2014:  Initial Case Management Conference.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING, FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT CONFERENCE

1       7. WHEREAS, the parties agree that the interests of justice and judicial economy

2  support the resolution of Defendants' forthcoming venue motion prior to conducting the

3  Case Management Conference.

4       **NOW, THEREFORE,** the parties hereby stipulate and agree as follows:

5       1. The deadline for the parties to conduct their initial Rule 26 meet-and-confer

6  and to file documents concerning ADR issues shall be continued from July 24, 2014,

7  until fourteen (14) days after the Court's ruling on Defendants' venue motion.

8       2. The parties will exchange initial disclosures during the pendency of

9  Defendants' venue motion, and the deadline to exchange initial disclosures shall be

10 continued from August 7, 2014, to September 2, 2014.

11      3. The deadline for the parties to file their Rule 26(f) report and Case

12 Management Statement shall be continued from August 7, 2014, until twenty-one (21)

13 days after the Court's ruling on Defendants' venue motion.

14      4. The Case Management Conference should be continued from August 14, 2014,

15 to a date convenient to the Court, but no sooner than twenty-eight (28) days after the

16 Court's ruling on Defendants' venue motion.

17

18 **IT IS SO STIPULATED.**

19 Dated: July 22, 2014            **AKIN GUMP STRAUSS HAUER &**

20                                   **FELD LLP**

21

22                                 By: /s/ John A. Karaczynski

23                                 John A. Karaczynski

                                  Attorneys for Defendants, VCA ANTECH,

24                                 INC. (now known as VCA, INC.) and VCA

                                  ANIMAL HOSPITALS, INC.

25

26

27

28

                                            2

1

2          McCALLUM, METHVIN & TERRELL,
           P.C.

3
           By: /s/ James M. Terrell
4          James M. Terrell (Appearance *pro hac vice*)
           Attorneys for Plaintiff, TONY M.
5          GRAHAM

6

7

8
     ADDITIONAL ATTORNEYS FOR PLAINTIFF:
9
     TOON OSMOND, P.L.L.C.
10   RICHARD S. TOON, JR., (OBA 16069)
     richtoon@toonosmond.com
11   1800 S. Baltimore Ave., Suite 1000
     Tulsa, OK  74119
12   Telephone:  918-477-7884
     Facsimile:  918-477-7893
13   (Appearance *pro hac vice*)

14   Attorneys for Plaintiff TONY M. GRAHAM

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                               3
     STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL  PLANNING MEETING,
       FILE RULE 26(f) REPORT  AND CONTINUING THE CASE MANAGEMENT CONFERENCE

SECOND AMENDED ORDER (CORRECTS CMC STMT. DUE DATE)

1                                    [PROPOSED] O R D E R

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3    Dated: _____August 4, 2014_____

4                             The Honorable Maria-Elena James
                                United States Magistrate Judge

5

6        The Initial Case Management Conference is continued from August 14, 2014

7        to October 30, 2014 at 10:00 a.m., in Courtroom B, 15th floor. A joint

8        Case Management Statement is due October 23, 2014 and shall be electronically
       filed.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT INITIAL PLANNING MEETING,
FILE RULE 26(f) REPORT AND CONTINUING THE CASE MANAGEMENT CONFERENCE