UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY M. GRAHAM,<br>            Plaintiff,<br>    v.<br>VCA ANTECH, INC., et al.,<br>            Defendants. | Case No. 14-cv-02158-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On August 18, 2014, Defendants VCA Antech, Inc. and VCA Animal Hospitals, Inc. filed a Motion to Transfer Venue to the Central District of California. Plaintiff has failed to file an opposition in compliance with Civil Local Rule 7. Accordingly, the Court hereby ORDERS Plaintiff Tony M. Graham to show cause why this case should not be transferred to the Central District. Plaintiff shall file a declaration by September 18, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on October 2, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff that the Court may transfer the case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that Plaintiff file a written response by the deadline above.

     **IT IS SO ORDERED.**

Dated: September 8, 2014

                                            _____
                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge