1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    TONY M. GRAHAM,                           Case No. 14-cv-02158-MEJ
                    Plaintiff,
8                                              ORDER DISCHARGING ORDER TO
         v.                                    SHOW CAUSE
9
10   VCA ANTECH, INC., et al.,                 ORDER SCHEDULING CMC
                    Defendants.
11
12

United States District Court
Northern District of California

13        On August 18, 2014, Defendants VCA Antech, Inc. and VCA Animal Hospitals, Inc. filed
14   a Motion to Transfer Venue to the Central District of California.  Dkt. No. 21.  As Plaintiff failed
15   to file an opposition in compliance with Civil Local Rule 7, the Court ordered Plaintiff Tony M.
16   Graham to show cause why this case should not be transferred to the Central District.  Dkt. No.
17   24.  As Plaintiff subsequently filed an Amended Complaint (Dkt. No. 25), the Court hereby
18   DISCHARGES the Order to Show Cause and DENIES Defendants' Motion WITHOUT
19   PREJUDICE.  The Court shall conduct a Case Management Conference on October 30, 2014 at
20   10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The
21   parties shall file a joint case management statement by October 23, 2014.
22        **IT IS SO ORDERED.**
23
24   Dated: September 9, 2014
25                                        _____
26                                        MARIA-ELENA JAMES
                                          United States Magistrate Judge
27
28