**AKIN GUMP STRAUSS HAUER & FELD LLP**
JOHN A. KARACZYNSKI (SBN 93108)
jkaraczynski@akingump.com
HYONGSOON KIM (SBN 257019)
kimh@akingump.com
GARRETT S. LLEWELLYN (SBN 267427)
gllewellyn@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendants
VCA INC. and VCA ANIMAL HOSPITALS, INC.

**WEINTRAUB TOBIN**
GARY A. WALDRON (SBN 99192)
gwaldron@weintraub.com
23 Corporate Plaza Drive, Suite 20
Newport Beach, California 92660-7901
Tel: (949) 760-0204
Fax: (949) 760-2507

**TOON OSMOND. P.L.L.C**.
RICHARD S. TOON, JR. (OBA 16069)
richtoon@toonosmond.com
JOHN D. BOGATKO (OBA 19410)
johnbogatko@toonosmond.com
1800 S. Baltimore Ave., Suite 1000
Tulsa, OK 74119
Telephone: 918-477-7884
Facsimile: 918-477-7893
(*Appearance pro hoc vice*)

Attorneys for Plaintiffs
TONY M. GRAHAM and ELIZABETH P. BROCKWELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY M. GRAHAM, and ELIZABETH P. BROCKWELL, on behalf of themselves, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VCA ANTECH INC. and VCA ANIMAL HOSPITALS, INC.<br><br>Defendants. | CASE NO. 2:14-CV-08614-CAS-JCx<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER FILED ON SEPTEMBER 11, 2015** |

Having reviewed the Stipulated Protective Order filed by the parties on September 11, 2015, and good cause having been shown, the Court hereby **ORDERS** that the foregoing Stipulated Protective Order be entered as the governing Protective Order in the above-captioned case.

**IT IS SO ORDERED.**

September 14, 2015                                          /s/
                                                                 _____
                                                                 The Hon. Jacqueline Chooljian
                                                                 United States Magistrate Judge