UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY M. GRAHAM, ELIZABETH P. BROCKWELL on behalf of themselves, and all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>VCA, INC., and<br>VCA ANIMAL HOSPITALS, INC.<br><br>               Defendants. | Case No. 2:14-cv-08614-CAS-JCx<br><br>[~~PROPOSED~~] JUDGMENT |

### [~~PROPOSED~~] JUDGMENT

On September 14, 2016, the Court entered an Order **GRANTING** Defendants VCA Inc. and VCA Animal Hospitals, Inc.'s Motion for Summary Judgment in its entirety and **DENYING** Plaintiffs Tony M. Graham and Elizabeth P. Brockwell's Motion for Class Certification as moot [Dkt. Nos. 219 and No. 220].  There are no further claims remaining in this action.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS ORDERED AND ADJUDGED that this action be and hereby is dismissed and judgment is hereby entered in favor of Defendants VCA Inc. (which was originally sued in this action as VCA Antech, Inc.) and VCA Animal Hospitals, Inc.

**IT IS SO ORDERED.**

Dated: September 16, 2016

_____
Hon. Christina A. Snyder
United States District Court Judge

[PROPOSED] JUDGMENT